# United States Court of Appeals
## For the First Circuit

———

No. 03-1027

DEBORAH J. BARNES,

Plaintiff, Appellant,

v.

FLEET NATIONAL BANK, N.A.;
FLEETBOSTON FINANCIAL CORPORATION,

Defendants, Appellees.

———

Errata Sheet

The opinion of this Court issued on June 2, 2004 is corrected as follows:

On the cover sheet replace "Rosemarin" with "Rosmarin"